Sharron Landon **LOMAX**, Appellant,

v.

**GENERAL MOTORS CORPORATION,**
Appellee.

No. 04–1945.

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 18, 2005.

Decided Feb. 23, 2005.

Greg E. Roosevelt, Edwardsville, IL, for Appellant.

James M. Paul, Lathrop & Gage, St. Louis, MO, for Appellee.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Sharron Landon Lomax appeals the district court's * order granting General Motors Corporation summary judgment on Lomax's disability-discrimination claim. Having carefully reviewed the record, we conclude summary judgment was proper because Lomax had not exhausted her administrative remedies. Thus, we affirm. *See* 8th Cir. R. 47B.

---

* The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.